UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

MICHAEL O. DEVAUGHN,  ) EDCV 08-258-DSF (SH)
                     )
         Petitioner, ) JUDGMENT
                     )
    v.               )
                     )
STANLEY SNIFF (Sheriff), )
                     )
         Respondent. )
_____)

Pursuant to the Order of the Court adopting the Amended Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed.

DATED: 10/27/08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE